No. 423. BALTIMORE & OHIO RAILROAD COMPANY *v.* FREDA GROEGER, ADMINISTRATRIX, ETC.   October 15, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.   *Mr. S. H. Tolles* for petitioner.   *Mr. Frank M. Cobb* for respondent.

---

No. 450. A. L. MAY, AS TRUSTEE IN BANKRUPTCY, ETC. *v.* J. M. HENDERSON, JR., ET AL.   October 15, 1923.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. Henry G. W. Dinkelspiel* for petitioner.   No brief filed for respondents.

---

No. 451. ZIANG SUNG WAN *v.* UNITED STATES.   October 15, 1923.   Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted.   *Mr. James A. O'Shea, Mr. Charles Fahy, Mr. Frederic D. McKenney* and *Mr. William C. Dennis* for petitioner.   No brief filed for the United States.

---

No. 455. CHARLES V. DUFFY, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY.   October 15, 1923.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.   *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for petitioner.   *Mr. Charles E. Miller* for respondent.

---

No. 373. HARRY GLASSMAN *v.* ROBERT C. RAND, RECEIVER, ETC.   October 22, 1923.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.   *Dorothy Frooks* for petitioner.   *Mr. Archibald Palmer* for respondent.